**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KEARNEY LITTLEFIELD, LLP**
Prescott W. Littlefield (SBN: 259049)
Andrew J. Kearney (SBN: 323867)
pwl@kearneylittlefield.com
aik@kearneylittlefield.com
100 N Brand Blvd. Suite 424
Glendale, CA 91203
Telephone: (213) 473-1900
Facsimile: (213) 473-1919

*Attorneys for Plaintiff,*
Jorge Callejas

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JORGE CALLEJAS, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>vs.<br><br>**FREEDOM MORTGAGE CORPORATION,**<br><br>Defendant. | Case No.: 2:23-cv-06540-KK-AJR<br><br>**NOTICE OF SETTLEMENT** |

///

///

- 1 -
NOTICE OF SETTLEMENT

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Jorge Callejas ("Plaintiff") and Defendant Freedom Mortgage Corporation ("Defendant") have reached a settlement regarding Plaintiff's claims in the above-captioned action. The parties anticipate that they will memorialize and execute a settlement agreement and a dismissal of this action will be forthcoming within forty-five (45) days of this notice.

In light of the parties' settlement, Plaintiff respectfully requests that any deadlines be vacated in light of the parties' settlement. Plaintiff respectfully requests that the Court otherwise retain jurisdiction in the interim.

Dated: December 7, 2023                    Respectfully submitted,

                                                **KAZEROUNI LAW GROUP, APC**

By:   *s/ Mona Amini*
        MONA AMINI, ESQ.
        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is KAZEROUNI LAW GROUP, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, California 92626. On December 7, 2023, I served the within document(s):

**NOTICE OF SETTLEMENT**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on December 7, 2023, at Costa Mesa, California.

/s/ MONA AMINI
MONA AMINI, ESQ.