UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JORGE CALLEJAS, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>vs.<br><br>**FREEDOM MORTGAGE CORPORATION,**<br><br>Defendant. | Case No.: 2:23-cv-06540-KK-AJRx<br><br>**ORDER RE: STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a)** |

Having considered the parties' Stipulation for Dismissal of this action pursuant to Fed. R. Civ. P. Rule 41(a)(1), and good cause appearing therefor, the Court hereby orders that:

1. The above-captioned action is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class; and

2. Each of the parties shall bear his/its own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: January 1, 2024

_____
HON. KENLY KIYA KATO
U.S. DISTRICT JUDGE